William BRADFORD, Appellant,

v.

Alan BLAKE, Chief Operations Officer, MSOTC; Martha Bellew–Smith, Chief of Clinical Services; Flora Ashton, Registered Nurse IV also known as Sam; Linda Meade, Clinical Psychologist; Mary Beth Rowe, Registered Nurse IV; Michelle Whitworth, Registered Nurse III; Connie Roberts, Registered Nurse III; Pam Yoder, Registered Nurse III; John and Jane Does, Appellees.

## No. 06–2180.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 29, 2007.

Filed: July 5, 2007.

William Bradford, Farmington, MO, pro se.

Lacey Searfoss, Attorney General's Office, St. Louis, MO, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

William Bradford, a detainee at the Missouri Sexual Offender Treatment Center, appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

§ 1983 action. Having considered Bradford's arguments and carefully reviewed the record, we find no basis for overturning the district court's well-reasoned decision. *See Johnson v. Hamilton,* 452 F.3d 967, 971–72 (8th Cir.2006) (summary judgment standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.